**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION**

| | | |
|---|---|---|
| CAITLIN WALSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-cv-50006 |
| | ) | |
| DEAN & HOYLE BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiff, Caitlin Walsh, by and through her undersigned counsel, and the Defendant, Dean & Hoyle Brands, Inc., by and through its undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), that the above-captioned action, including all claims asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

/s/ Yaakov Saks (as authorized)

COUNSEL FOR PLAINTIFF:
Yaakov Saks
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
ysaks@steinsakslegal.com

/s/ Phillip M. Schreiber

COUNSEL FOR DEFENDANT:
Phillip M. Schreiber
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois
Tel: (312) 715-5784
Fax: (312) 578-6666
phillip.schreiber@hklaw.com